# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AUSTIN FERGE and DOUGLASE WISE
   vs.
FEDERAL EXPRESS CORPORATION, a Delaware Corporation, d/b/a FEDEX EXPRESS, and FEDERAL EXPRESS FREIGHT EAST, INC., an Arkansas corporation

Case Number:

**08 C 50 1 10**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AUSTIN FERGE and DOUGLAS WISE

**F I L E D**

JUN 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  Robert H. Clark | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Robert H. Clark | |
| FIRM  Clark, Justen & Zucchi, Ltd. | |
| STREET ADDRESS  7320 N. Alpine Rd | |
| CITY/STATE/ZIP  Rockford, IL 61111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3124134 | TELEPHONE NUMBER  815-962-6144 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |