# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AUSTIN FERGE and DOUGLAS WISE
    vs.
FEDERAL EXPRESS CORPORATION, a Delaware Corporation, d/b/a FEDEX EXPRESS, and FEDERAL EXPRESS FREIGHT EAST, INC., an Arkansas corporation

Case Number: **08 C 50110**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AUSTIN FERGE and DOUGLAS WISE

**FILED**
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> KEVIN P. JUSTEN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin P. Justen | |
| FIRM <br> Clark, Justen & Zucchi, Ltd. | |
| STREET ADDRESS <br> 7320 N. Alpine Rd | |
| CITY/STATE/ZIP <br> Rockford, IL 61111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256264 | TELEPHONE NUMBER <br> 815-962-6144 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |