# United States District Court for the Northern District of Illinois

Case Number: __08-50110__                 Assigned/IssuedBy: __pb__

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

**FILED**
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**

☒ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

2 Original and __0__ copies on __6/20/08__ as to  - Federal Express Corporation
                              (Date)               - Federal Express Freight East