**CT CORPORATION**

June 25, 2008

Robert H. Clark
Clark, Justen & Zucchi
7320 N. Alpine Road,
Rockford, IL 61111

Re: Austin Ferge and Douglas Wise, Pltfs. vs. Federal Express Corporation, etc., et al. including Federal Express Freight East, etc., Dfts.

Case No. 08C50110

Dear Sir/Madam:

We are herewith returning the Summons, Complaint which we received regarding the above captioned matter.

Federal Express Freight East is not listed on our records or on the records of the State of TN.

Very truly yours,

Ericka Fry

Log# 513569535

cc: US District Court Northern District of Illinois
    United States Courthouse
    211 South Court Street
    Rockford, IL 61101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AUSTIN FERGE and DOUGLAS WISE

CASE NUMBER: 08 C 50110

V.

ASSIGNED JUDGE: Kapala

FEDERAL EXPRESS CORPORATOIN, a
Delaware corporation, d/b/a FEDEX EXPRESS, and
FEDERAL EXPRESS FREIGHT EAST,,
INC,, an Arkanasa Corporation

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

FEDERAL EXPRESS CORPORATION
c/o CT Corporation System, 800 S. Gay Street, Suite 2021
Knoxville, TN  37929

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Rd.
Rockford, IL  61111
Koxville, TN  37929-9710

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_[signature]_                                                                 6/20/08

(By) DEPUTY CLERK                                                             DATE