AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 6/25/08 |
| NAME OF SERVER (PRINT) JEAN ADGAR | TITLE |

Check one box below to indicate appropriate method of service

☐ Serve...

☐ Left...
discr...
Name...

☐ Retu...

☒ Other

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Express Corporation
c/o CT Corporation System,
800 S. Gay St., Suite 2021
Knoxville, TN 37939

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ericka Frey
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 25 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service la...)   7006 3450 0002 6958 0720

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/08
             Date                Signature of Server

                                 7320 N. Alpine Rd., Rockford, IL 61111
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.