# United States District Court for the Northern District of Illinois

Case Number: 08-50110

Assigned/IssuedBy: P6

---

## FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other

*(For use by Fiscal Department Only)*

Amount Paid: _____

Date Paid: _____

Receipt #: _____

Fiscal Clerk: _____

**FILED**
JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**
- [ ] Summons
- [X] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

1 Original and  0  copies on  6/30/08  as to  federal Express freight East
                              (Date)

---

C:\wpwin80\docket\fecinfo.frm   01/01