IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AUSTIN FERGE and DOUGLAS WISE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br>a Delaware corporation, d/b/a FEDEX<br>EXPRESS, and FEDEX FREIGHT EAST,<br>INC., an Arkansas corporation,<br><br>        Defendants. | Case No. 08-CV-50110<br><br>Judge Frederick Kapala |

## DISCLOSURE STATEMENT

TO:  Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, IL 61111

**NOW COME** the Defendants, **FEDERAL EXPRESS CORPORATION, d/b/a FEDEX EXPRESS and FEDEX FREIGHT EAST, INC.**, by and through their attorneys, **SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, for their Disclosure Statement, state as follows:

1) Federal Express Corporation is a wholly owned subsidiary of FedEx Corporation.

2) FedEx Freight East, Inc. is a wholly owned subsidiary of FedEx Freight Corporation.

        Respectfully submitted,

        **FEDEX FREIGHT EAST, INC.**

        By:  /s/ James D. Ellman
               James D. Ellman
               One of Its Attorneys

William D. Brejcha
Donald W. Devitt
James D. Ellman
Scopelitis, Garvin, Light, Hanson & Feary
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200

## CERTIFICATE OF SERVICE

    I, James D. Ellman, hereby certify that a copy of the foregoing pleading was filed electronically this 15th day of July, 2008. Notice of this electronic filing will be sent to all parties of record by the operation of the Court's electronic filing system. In the event the parties are not registered to receive electronic mailing, hard copies will be sent via United States First Class Mail, with proper postage prepaid this 15th day of July, 2008.

        By:  /s/ James D. Ellman
               James D. Ellman
               One of Its Attorneys