U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 08-CV-50110

AUSTIN FERGE and DOUGLAS WISE
v.
FEDERAL EXPRESS CORPORATION, a Delaware
corporation, d/b/a FEDEX EXPRESS, and FEDEX FREIGHT
EAST, INC., an Arkansas corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FEDERAL EXPRESS CORPORATION, a Delaware corporation, d/b/a FEDEX EXPRESS, and FEDEX FREIGHT EAST, INC., an Arkansas corporation.

| NAME (Type or print) |
| --- |
| Donald W. Devitt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Donald W. Devitt |
| FIRM |
| Scopelitis, Garvin, Light, Hanson, & Feary |
| STREET ADDRESS |
| 30 W. Monroe St., Suite 600 |
| CITY/STATE/ZIP |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6186919 | 312-255-7200, 312-422-1224 Fax |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |