IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AUSTIN FERGE and DOUGLAS WISE,  ]<br>  ]<br>            Plaintiff,  ]<br>v.                                        ]<br>  ]<br>FEDERAL EXPRESS CORPORATION,  ]<br>a Delaware corporation, d/b/a FEDEX  ]<br>EXPRESS, and FEDEX FREIGHT EAST,  ]<br>INC., an Arkansas corporation,  ]<br>  ]<br>            Defendants.  ] | Case No. 08-CV-50110<br><br>Judge Frederick Kapala |

### NOTICE OF MOTION FOR EXTENSION OF TIME

TO: Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, IL 61111

**PLEASE TAKE NOTICE** that on July 25, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Frederick Kapala or any judge sitting in his stead, in the courtroom usually occupied by him in Room 220 of the United States District Court for the Northern District of Illinois, Western Division, at the Rockford Courthouse, 211 South Court Street, Rockford, Illinois and then and there present Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is served upon you.

Respectfully submitted,

**FEDEX FREIGHT EAST, INC.**

By: /s/ James D. Ellman
James D. Ellman
One of Its Attorneys

Donald W. Devitt
James D. Ellman
Scopelitis, Garvin, Light, Hanson & Feary
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200

## **CERTIFICATE OF SERVICE**

      I, James D. Ellman, hereby certify that a copy of the foregoing pleading was filed electronically this 16th day of July, 2008. Notice of this electronic filing will be sent to all parties of record by the operation of the Court's electronic filing system. In the event the parties are not registered to receive electronic mailing, hard copies will be sent via United States First Class Mail, with proper postage prepaid this 16th day of July, 2008.

                By:   /s/ James D. Ellman
                        James D. Ellman
                        One of Its Attorneys