# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Austin Ferge, et al.
                        Plaintiff,

v.                                              Case No.: 3:08–cv–50110
                                              Honorable Frederick J. Kapala

Federal Express Corporation, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala: Notice of motion setting this case before Judge Kapala on July 25, 2008 is stricken. The motion for extension of time to answer or otherwise plead [18] will be addressed by Magistrate Mahoney.Telephoned notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.