**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Austin Ferge, et al.
                              Plaintiff,

v.                                              Case No.: 3:08−cv−50110
                                                Honorable Frederick J. Kapala

Federal Express Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney: Status hearing held on 8/8/2008. Defendant's Motion for extension of time [18] is moot. Case management order approved. FRCP 26(a)(1) disclosure due 8/8/08. Plaintiff shall comply with FRCP(26)(a)(2) by 4/15/09. Depositions held by 5/16/09. Defendant shall comply with FRCP(26)(a)(2) by 6/16/09. Depositions held by 8/1/09. Amended Pleadings due by 3/23/2009. Fact Discovery ordered closed by 3/23/2009. Dispositive Motions due by 4/21/2009. Parties are engaging in private mediation. Discovery Hearing to report on settlement set for 10/10/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.