IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AUSTIN FERGE and DOUGLAS WISE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-50110 |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation, d/b/a FEDEX EXPRESS, and FEDEX FREIGHT EAST, INC., an Arkansas corporation, | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Defendant, **FEDERAL EXPRESS CORPORATION, a Delaware corporation, d/b/a FEDEX EXPRESS**, and Plaintiffs, **AUSTIN FERGE and DOUGLAS WISE**, by and through their respective attorneys, hereby stipulate and agree to the entry of an order dismissing, without prejudice, **FEDERAL EXPRESS CORPORATION, a Delaware corporation, d/b/a FEDEX EXPRESS**, as a defendant to this lawsuit. The lawsuit shall continue against Defendant **FEDEX FREIGHT EAST, INC.**

_____
Attorney for Plaintiff
Robert H. Clark
Clark, Justen & Zucchi
7320 N. Alpine Road
Rockford, IL 61111

_____
Attorney for Defendant
James D. Ellman
Scopelitis, Garvin, Light, Hanson & Feary
30 W. Monroe, Suite 600
Chicago, Illinois 60603

James D. Ellman
Scopelitis Garvin Light Hanson & Feary, P.C.
Attorneys for Defendants
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone:(312) 255-7200