IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AUSTIN FERGE and DOUGLAS WISE, ] <br> ] <br> Plaintiff, ] <br> v. ] <br> ] <br> FEDERAL EXPRESS CORPORATION, ] <br> a Delaware corporation, d/b/a FEDEX ] <br> EXPRESS, and FEDEX FREIGHT EAST, ] <br> INC., an Arkansas corporation, ] <br> ] <br> Defendants. ] | Case No. 08-CV-50110 <br><br> Judge Frederick Kapala |

### NOTICE OF FILING

TO:   Robert H. Clark
        CLARK, JUSTEN & ZUCCHI, LTD.
        7320 N. Alpine Road
        Rockford, IL  61111

**PLEASE TAKE NOTICE** that on August 11, 2008, Defendants, FEDERAL EXPRESS CORPORATION, a Delaware corporation, d/b/a FEDEX EXPRESS, and FEDEX FREIGHT EAST, INC., an Arkansas corporation, by their attorneys Scopelitis, Garvin, Light, Hanson & Feary, P.C., served upon Plaintiff, their Defendant's Stipulation to Dismiss, a copy which is attached hereto.

                                      Respectfully submitted,

                                      **FEDEX FREIGHT EAST, INC.**

                                      By:   <u>/s/ James D. Ellman</u>
                                                    James D. Ellman
                                                    One of Its Attorneys

Donald W. Devitt
James D. Ellman
Scopelitis, Garvin, Light, Hanson & Feary
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone:  (312) 255-7200

**CERTIFICATE OF SERVICE**

    I, James D. Ellman, hereby certify that a copy of the foregoing pleading was filed electronically this 11th day of August, 2008.  Notice of this electronic filing will be sent to all parties of record by the operation of the Court's electronic filing system.  In the event the parties are not registered to receive electronic mailing, hard copies will be sent via United States First Class Mail, with proper postage prepaid this 11th day of August, 2008.

                                        By:   /s/ James D. Ellman
                                                   James D. Ellman
                                                   One of Its Attorneys