## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50110 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Ferge, et al. Vs. Federal Express, et al. | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, defendant Federal Express Corporation is dismissed from this case without prejudice. The case continues against defendant Fedex Freight East, Inc.

| | Courtroom Deputy Initials: | sw |
|---|---|---|